UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD COOPER,

    Petitioner,                      Case No. 2:25-cv-11094

v.                                    Honorable Susan K. DeClercq
                                        United States District Judge

RAPHAEL WASHINGTON,

    Respondent.
_____/

**ORDER DENYING PETITIONER'S MOTION TO AMEND (ECF No. 8) AS MOOT**

    Pretrial detainee Ronald Cooper ("Petitioner"), currently confined at the Wayne County Jail in Detroit, Michigan, filed a pro se habeas petition challenging his pending state criminal proceedings in Wayne County Circuit Court. ECF No. 1. The Court dismissed without prejudice the habeas petition on abstention and exhaustion grounds, denied a certificate of appealability, and denied leave to proceed in forma pauperis on appeal. *See* ECF Nos. 6; 7.

    The matter is now before the Court on Petitioner's motion to amend his petition to name Wayne County Sheriff Raphael Washington as the respondent. ECF No. 8. The Court, however, already amended the case caption to do so. *See* ECF No. 4 (amending the case caption to name Raphael Washington as the Respondent). In light of these circumstances, Plaintiff's motion to amend is unnecessary and moot.

This case remains closed.

Accordingly, it is **ORDERED** that Petitioner's Motion to Amend, ECF No. 8, is **DENIED AS MOOT**.

<i>/s/Susan K. DeClercq</i><br>
SUSAN K. DeCLERCQ<br>
United States District Judge

Dated: May 29, 2025