UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD COOPER,

        Petitioner,               Case No. 2:25-cv-11094

v.                                      Honorable Susan K. DeClercq
                                          United States District Judge

RAPHAEL WASHINGTON,

        Respondent.

_____/

**ORDER DENYING AS MOOT PETITIONER'S MOTION FOR WRIT OF HABEAS CORPUS (ECF No. 12) AND MOTION TO QUASH (ECF No. 13)**

Petitioner Ronald Cooper, a pretrial detainee currently confined at the Wayne County Jail in Detroit, Michigan, filed a pro se petition for a writ of habeas corpus, challenging his pending state criminal proceedings in Wayne County Circuit Court. ECF No. 1. The Court dismissed without prejudice Cooper's habeas petition on abstention and exhaustion grounds, denied a certificate of appealability, and denied leave to proceed in forma pauperis on appeal. *See* ECF Nos. 6; 7.

This matter is now before the Court because Cooper has filed two motions after his petition was dismissed: a "Motion for Writ of Habeas Corpus to Inquire into Cause of Detention," ECF No. 12, and a "Motion to Quash the Police Information of Witness [Perjured] Statements," ECF No. 13. But both motions are moot, because

the Court has already dismissed Cooper's petition, and he offers no valid reason for the Court to alter its decision or reopen his case. Quite simply, Petitioner's case is closed.

Accordingly, it is **ORDERED** that Petitioner's Motion for Writ of Habeas Corpus to Inquire into Cause of Detention, ECF No. 12, is **DENIED AS MOOT**.

Further, it is **ORDERED** that Petitioner's Motion to Quash the Police Information of Witness [Perjured] Statements, ECF No. 13, is **DENIED AS MOOT**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: June 13, 2025